UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

KATRINA LOVE-MCKINLEY,
as Personal Representative of the ESTATE
OF DAHNONTAE R. MCKINLEY,   Case No. 1:14-cv-840

    Plaintiff,

                                Honorable Robert Holmes Bell

v.

COUNTY OF MUSKEGON;
SHERIFF DEAN ROESLER, Individually and in his official capacity;
UNDERSHERIFF DAN STOUT, Individually and his official capacity;
SERGEANT THERESA BURTON-JONES, Individually and in her official capacity;
DEPUTY SCOTT SMITH, Individually;
DEPUTY RICK TOPP, Individually;
DEPUTY SHAWNDERIC ROBERSON, Individually;
DEPUTY JERID HERMAN, Individually;
DEPUTY FRANK DRABCZYK, Individually
DEPUTY SHAWN AHRENS, Individually; and
DEPUTY JASON THIELBAR, Individually,

    Defendants.

| Stephen R. Drew (P24323) | Douglas M. Hughes (P30958) |
|---|---|
| Adam C. Sturdivant (P72285) | Horia R. Neagos (P73550) |
| Drew, Cooper & Anding | Williams Hughes, PLLC |
| Attorneys for Plaintiff | Muskegon County Corporate Counsel |
| 80 Ottawa Avenue, N.W., Suite 200 | Attorneys for Defendants |
| Grand Rapids, MI 49503 | 120 W. Apple Avenue, P.O. Box 599 |
| Phone: 616-454-8300 | Muskegon, MI 49443-599 |
| E-mail: sdrew@dca-lawyers.com | Phone: 231-726-4857 |
| E-mail: asturdivant@dca-lawyers.com | E-mail: tedwilliams@williamshughes.law.com |

## PROOF OF SERVICE

STATE OF MICHIGAN    )
                                  ) ss.
COUNTY OF MUSKEGON )

Horia E. Neagos, being first duly sworn, deposes and says that he is not an interested party in the above entitled matter and that he served Defendants' Disclosure of Expert Witness Report of Dr. Darrell L. Ross with attached Curriculum Vitae and List of Previous Testimony upon Mr. Adam C. Sturdivant, Drew, Cooper & Anding, 80 Ottawa Avenue, N.W., Suite 200, Grand Rapids, MI 49503 by placing the same in a properly addressed envelope to his address and depositing the same in the United States mail, first class postage fully pre-paid this 21st day of August, 2015.

/s/Horia R. Neagos
Horia R. Neagos

Subscribed and sworn to before me this
21st day of August, 2015.

/s/Kelly L. R. Horness, Notary Public
State of Michigan, County of Muskegon
My Commission Expires: 09/09/2020
Acting in the County of Muskegon