# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

KATRINA LOVE-MCKINLEY,  
as Personal Representative of the  
ESTATE OF DAHNONTAE R. MCKINLEY,

      Plaintiff,

v.

COUNTY OF MUSKEGON, et al.,

      Defendants.

Case No. 1:14-cv-00840-RHB

Honorable Robert Holmes Bell

_____/

| | |
|---|---|
| Stephen R. Drew (P24323) | Douglas M. Hughes (P30958) |
| Adam C. Sturdivant (P72285) | Horia Razvan Neagos (P73550) |
| DREW, COOPER & ANDING | WILLIAMS HUGHES, PLLC |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 80 Ottawa Avenue NW, Suite 200 | 120 W. Apple Ave. |
| Grand Rapids, Michigan 49503 | P.O. Box 599 |
| Phone: (616) 454-8300 | Muskegon, MI 49443-0559 |
| E-mail: sdrew@dca-lawyers.com | Phone: (231) 726-4857 |
| E-mail: asturdivant@dca-lawyers.com | E-mail: doughughes@williamshugheslaw.com |
| | E-mail: hrn@williamshugheslaw.com |
| | |
| | Allan C. Vander Laan (P33893) |
| | Andrew James Brege (P71474) |
| | CUMMINGS, MCCLOREY, DAVIS & ACHO |
| | 2851 Charlevoix Drive SE, Suite 327 |
| | Grand Rapids, Michigan 49546 |
| | Attorneys for Defendants |
| | Phone: (616) 975-7470 |
| | E-mail: avanderlaan@cmda-law.com |
| | E-mail: abrege@cmda-law.com |

_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT

## PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT

The Estate of Dahnontae R. McKinley, by Katrina Love-McKinley, as Personal Representative, by and through her attorneys Drew, Cooper & Anding, file this Motion for Approval of Settlement pursuant to MCR 2.119, MCR 2.420, and MCL 600.2922, and Local Rule 7.1 seeking this Court's approval of a settlement agreement reached between The Estate of Dahnontae R. McKinley and Defendants County of Muskegon, Roesler, Stout, Smith, Topp, Roberson, Theilbar, Ahrens, Drabczyk, Herman, and Jones-Burton. The settlement was reached in a Voluntary Facilitative Mediation session held on March 7, 2016. The Motion is supported by the attached brief.

Pursuant to Local Rule 7.1(d), Plaintiff's counsel contacted Defendants' counsel on March 31, 2016 in an attempt to obtain concurrence with this Motion. Concurrence was granted by Defendants' counsel on April 8, 2016.

Respectfully submitted,

Dated: April 13, 2016

By: /s/ *Stephen R. Drew*
Stephen R. Drew (P24323)
Adam C. Sturdivant (P72285)
DREW, COOPER & ANDING
Attorneys for Plaintiff
80 Ottawa Avenue NW, Suite 200
Grand Rapids, Michigan 49503
Phone: (616) 454-8300
E-mail: sdrew@dca-lawyers.com
E-mail: asturdivant@dca-lawyers.com

2

## CERTIFICATE OF SERVICE

The foregoing document was filed electronically on the 13th day of April 2016 in accordance with the Court's ECF system. Notice of this filing will be sent to all parties by operation of the Court's ECF system.

                                              Respectfully submitted,

Dated: April 13, 2016                    By:  /s/ *Stephen R. Drew*
                                                Stephen R. Drew (P24323)
                                                Adam C. Sturdivant (P72285)
                                                DREW, COOPER & ANDING
                                                Attorneys for Plaintiff
                                                80 Ottawa Avenue NW, Suite 200
                                                Grand Rapids, Michigan 49503
                                                Phone: (616) 454-8300
                                                E-mail: sdrew@dca-lawyers.com
                                                E-mail: asturdivant@dca-lawyers.com